**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**FRANKFORT DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO. 18-30192** |
| **SCOTTY EUGENE ROBERTSON** ) | **CHAPTER 13** |
| ) | |
| ) | |
| **DEBTOR** ) | |

## NOTICE OF DEBTOR'S DEATH

The undersigned hereby gives notice that Scotty Eugene Robertson is deceased. Debtor died on December 19, 2020 as a resident of Frankfort, Kentucky. A probate has been opened in Franklin District Court, case no. 21-P-00009.

**EXECUTED THIS 10th DAY OF FEBRUARY 2021**

/s/ *John C. Robinson*
JOHN C. ROBINSON, *Esq.*

**COMMONWEALTH OF KENTUCKY** )
)
**COUNTY OF SHELBY** )

Subscribed and sworn to before me by JOHN C. ROBINSON on February 10, 2021.

/s/ *Crystal Taylor*     ID #594568
Notary Public, State-at-Large, KY

My commission expires: 02/02/2022

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of this motion was served electronically or by U.S. Mail, first class and postage prepaid, to the following persons/entities on this 10th day of February 2021.

Hon. Beverly M. Burden (Chapter 13 Trustee)

U.S. Trustee's Office

All Creditors on Mailing Matrix

/s/ John C. Robinson